**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Nigel GRAY, Defendant–Appellant.**

**No. 05–14561**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 7, 2006.

Nathan Dorlan Clark, Coral Reef Law Offices, P.A., Miami, FL, for Defendant–Appellant.

Jonathan D. Colan, Anne R. Schultz, Dawn Bowen, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, BIRCH and DUBINA, Circuit Judges.

PER CURIAM:

Appellant was convicted on a plea of guilty of all five counts of the indictment, all of which related to a conspiracy to import five kilograms or more of cocaine into the United States. The district court sentenced him on the first four counts to concurrent prison terms of 168 months and on the fifth count to a consecutive prison term of 60 months, for a total of 228 months. He now appeals his sentences.

The Government concedes in its brief that "statutory error" under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), warrants "a limited remand" to permit the district court to reconsider appellant's sentences in light of

the now-advisory Sentencing Guidelines and the factors set out in § 3553(a). Appellant's sentences are therefore vacated, and the case is remanded for a new sentencing hearing.

VACATED and REMANDED.